United States District Court
Southern District of Texas
**ENTERED**
April 29, 2022
Nathan Ochsner, Clerk

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
          HOUSTON DIVISION
```

| | |
|---|---|
| DEMETRICE VENTERS, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | §   CIVIL ACTION NO. H-20-2272 |
| | § |
| WALGREEN COMPANY, | § |
| | § |
| Defendant. | § |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting defendant's motion for summary judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 29th day of April, 2022.

```
                              _____
                                       SIM LAKE
                              SENIOR UNITED STATES DISTRICT JUDGE
```